UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN,<br>    Plaintiff<br><br>vs.<br><br>HAMILTON COUNTY COMMON<br>PLEAS COURT, *et al.*,<br>    Defendants. | Case No. 1:22-cv-763<br>McFarland, J.<br>Litkovitz, M.J.<br><br><br><br>**ORDER** |

This matter is before the Court on pro se plaintiff James Sullivan's motion for electronic case filing rights.  (Doc. 36).  Plaintiff's motion conforms to the form proffered by the United States District Court for the Southern District of Ohio, indicating his willingness and capacity to file documents electronically, and is therefore **GRANTED**.  Plaintiff also filed "Objections to Magistrate Order and Motion for Reconsideration for Submission of a Motion Substantially Conforming to Local Rules." (Doc. 39).  While referencing the Court's Order denying plaintiff's previous motion for electronic case filing rights (Doc. 35), plaintiff's 100-plus-page filing seems to primarily addresses the merits of his action.  To the narrow extent that plaintiff seeks reconsideration of his electronic case filing rights, this motion (Doc. 39) is also **GRANTED**.

Documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current editions of the ECF Policies and Procedures Manual issued by the Clerk.  *See* S.D. Ohio Civ. R. 5.1(c).  Plaintiff shall make himself familiar with the Court's ECF policies and procedures, which can be found on the Court's website under "Electronic Case Filing."  *See*

https://www.ohsd.uscourts.gov/cm-ecf-button2.  By registering, plaintiff consents to receive notice of filings pursuant to the Federal Rules of Civil Procedure via the Court's electronic filing system.  Permission to file electronically may be revoked at any time.

Upon entry of this Order, the Clerk of Court is **DIRECTED** to undertake the necessary steps to register plaintiff to allow him access to the CM/ECF system and to provide plaintiff with the necessary login information.

**IT IS SO ORDERED**.

Date: 5/15/2023

Karen L. Litkovitz
United States Magistrate Judge