UNITED STATES DISTRICT COURT
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **JAMES SULLIVAN** | ) CASE NO. 1: 22 CV 763 |
| | ) |
| **Plaintiff** | ) |
| | ) Judge: Matthew W. McFarland |
| v. | ) |
| | ) Magistrate: Karen L. Litkovitz |
| **COMMON PLEAS COURT Et AL** | ) |
| **MEILLISA POWERS C/O** | ) |
| **1000 SYCAMORE STREET # 115** | ) **NOTICE OF APPEAL** |
| **CINCINNATI, OHIO 45202** | ) **PER RULE 4 MAGISTRATES** |
| | ) **R & R REPORT AND** |
| and | ) **RECOMMENDATIONS** |
| | ) **DOC. 69.** |
| **HAMILTON COUNTY SHERIFF'S OFFICE** | ) |
| **1000 MAIN STREET RM 260** | ) |
| **CINCINNATI, OHIO 45202** | ) |
| **CHARMAINE Mc GUFFEY** | ) |
| **SGT. MICHEAL DRYER** | ) |
| **DEPUTY SPEERS** | ) |
| **DEPUTY HNRYAK** | ) |
| **DEPUTY. OBER,** | ) |
| **LIEUTENANT DENNIS BROGAN** | ) |
| and | ) |
| | ) |
| **ROBERT RUEHLMAN** | ) |
| **BAILIFF HAYSLIP** | ) **ATTORNEY FOR DEFENDANTS** |
| **TERRY NESTOR** | ) |
| **JODY LUBBERS** | ) Joseph Jonathan Prem (WD) |
| **THOMAS HEEKIN** | ) Pamela J Sears |
| **HAMILTON COUNTY COMMON PLEAS** | ) Zachary Kyle Garrison |
| **1000 MAIN STREET** | ) Hamilton County Prosecutor |
| **CINCINNATI, OHIO 45202** | ) 230 East Ninth Street# 4000 |
| | ) Cincinnati, OH 45202 |
| | ) 513/946-3082 Fax: 946-3018 |
| **HAMILTON COUNTY, through the** | ) |
| **BOARD OF COUNTY COMMISSIONERS** | ) Linda L Woeber |
| **ALICIA REECE** | ) Cooper D Bowen |
| **DENISE DRIEHAUS** | ) Montgomery Jonson LLP |
| **STEPHANIE SUMMEROW DUMAS** | ) 600 Vine Street Ste 2650 |
| **138 East Court Street, Room 603** | ) Cincinnati, OH 45202 |
| **Cincinnati, Ohio 45202** | ) 513-768-5239 Fax: 513-768-9244 |
| **Defendants.** | ) Email: lwoeber@mojolaw.com |

NOW COMES James Sullivan, authorized Representative on behalf of JAMES SULLIVAN, Ens Legis. in Propria Persona, Sui Juris, and as one of the people of the United States, hereinafter referred to as the real party and interests, and in this court of record in the above-captioned matter, under oath do hereby state and depose. My statement is made on personal firsthand knowledge, and I am competent to do so. I have made this statement in the State of Ohio, in the County of Hamilton.

Notice is hereby given that Plaintiff James Sullivan, hereby appeals to the United States Sixth Circuit Court of Appeals the District Court's Order granting immunity in an order denying, in part, a Motion for Judgment on the Pleadings placed of record by the United States District Court, Southern District of Ohio, Western Division on October 25, 2023. Doc #: 69 Filed: 10/25/23 Page: 1 of 24 PAGEID #: 3114.

1. The Report and Recommendations (a) DISMISSES the complaint as to the Hamilton County Court of Common Pleas, because it is not sui juris; immunity and this appeal is being taken pursuant to 28 U.S.C. § 1291 and by authority of *Trinsey v Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647. "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."

2. The court docket is missing 336 pages from page 1500 to 1836 also as opposing counsel pointed out a duplication on DOC 24-1 there are more missing documents

3. Also an unknow reassignment of Judge McFarland on CASE **NO. 1: 22 CV 764** % Doc # 32make this case extremely hard to follow.

4. The parties, pursuant to 28 U.S.C. 636 (c) to Magistrate Litkovitz conducting proceedings including R & R of the Magistrate and order by Judge: Matthew W. McFarland, so this appeal is taken directly

to the Sixth Circuit Court of Appeals. The Plaintiff moves this court for Extension of the 30-Day Limit to file this appeal.

James Sullivan, and as one of the people of the United States of America and in this court of record in the above-captioned matter, under oath do hereby state and depose. My statement is made on personal firsthand knowledge, and I am competent to do so. I have made this statement in the State of Ohio, in the County of Hamilton. under 28 U.S.C. 1746 for a lawful officer of the United States for America "I declare state under penalty of perjury under the laws of the United States for America that the foregoing is true and correct. Executed on 11/17/23."

AUTOGRAPH BY: _____ James Sullivan

CERTIFCATE OF SERVICE I hereby certify on this day 17th of NOVEMBER, in the year 2023, a true and accurate copy of the foregoing filing will be sent to all parties by operation of the courts electronic filing system. Parties who are not served via Court's electronic filing system, copies will be mailed USPS to other parties.

AUTOGRAPH BY: _____ James Sullivan

3