**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**James Sullivan,**

    **Plaintiff,**

-vs-                                                                                                                             Case No.  1:22-cv-763

**Hamilton County Common Pleas Court, et al.,**

    **Defendants.**

_____

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| [ ] | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [ X ] | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED:**

ORDER ADOPTING REPORT AND RECOMMENDATION - The Court OVERRULES Plaintiff's Objections (Doc. 70) and hereby ADOPTS said Report and Recommendation (Doc. 69) in its entirety. Accordingly, the Court GRANTS the County Defendants' Motion for Summary Judgment (Doc. 49). Plaintiff's claims against the County Defendants are DISMISSED for the reasons explained in the Report and Recommendation. This matter is TERMINATED from the Court's docket. IT IS SO ORDERED.

Date:  December 28, 2023                                         Richard W. Nagel, CLERK

                                                                                                      By: <u>s/ K. Heuer                    </u>

                                                                                                                                  Deputy Clerk