UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 29, 2024
KELLY L. STEPHENS, Clerk

No. 23-3734

JAMES SULLIVAN,

    Plaintiff-Appellant,

v.

HAMILTON COUNTY COURT OF COMMON PLEAS, et al.,

    Defendants-Appellees.

Before: SILER, LARSEN, and BLOOMEKATZ, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the order of the district court dismissing the Hamilton County Court of Common Pleas and the judicial defendants is AFFIRMED and Sullivan's appeal from the denial of his requests for a preliminary injunction is DISMISSED as moot.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_
Kelly L. Stephens, Clerk