**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 20, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 23-3734, *James Sullivan v. Hamilton County Court of Common Pleas, et al*
Originating Case No. 1:22-cv-00763

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
 for Virginia Padgett, Case Manager

cc: Mr. Cooper David Bowen
 Mr. Zachary Kyle Garrison
 Mr. Joseph Jonathan Prem
 Ms. Pamela J. Sears
 Mr. James Sullivan
 Ms. Linda L. Woeber

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3734

_____

Filed: August 20, 2024

JAMES SULLIVAN

    Plaintiff - Appellant

v.

HAMILTON COUNTY COURT OF COMMON PLEAS; HAMILTON COUNTY, OH SHERIFF'S OFFICE; CHARMAINE MCGUFFEY, Sheriff; DENNIS BROGAN, Lieutenant; MICHAEL DREYER, Sergeant; MADISON SPEER, Deputy; NICK HNRYAK, Deputy; DEPUTY FREDERICK OBER; ROBERT RUEHLMAN; LAURA HAYSLIP, Bailiff; TERRY NESTOR, Judge; JODY LUEBBERS, Judge; THOMAS HEEKIN, Judge

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/29/2024 the mandate for this case hereby issues today.

COSTS: None